UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                            Case No. 19-42239-MLO

YOLANDA BRADLEY,                   Chapter 13

          Debtor(s).                          Honorable Maria L. Oxholm

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                 David H. Lewiston
       US Bankruptcy Court             30400 Telegraph Road
       211 W. Fort St.                      Suite 378
       Ste. 2100                            Franklin, MI 48025
       Detroit, MI 48226

                                           Tammy L Terry
                                           535 Griswold, Suite 2100
                                           Detroit, MI 48226

    PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Katherine Kakish, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                   DANA NESSEL
                                                   Attorney General

                                                   */s/ Katherine Kakish*  KK
                                                   Katherine Kakish (P63153)
                                                   Assistant Attorney General
                                                   Cadillac Place, Ste. 10-200
                                                   3030 W. Grand Blvd.
                                                   Detroit, MI 48202
                                                   Telephone: (313) 456-0140
                                                   E-Mail: KakishK@michigan.gov

Dated: August 07, 2019